

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

November 12, 1957

Honorable Robert S. Calvert
Comptroller of Public Accounts
Capitol Station
Austin, Texas

Opinion No. WW-320

Re: The status of the State
Dairy and Hog Farm and
other related questions.

Dear Mr. Calvert:

You have requested an opinion of this office concerning the status of the State Dairy and Hog Farm.

The following questions were submitted to our office to be answered:

"(1)  Ts the Dairy and Hog Farm a separate institution?

"(2)  If not, to what institution should it be attached as of this date?"

The 51st Legislature, Regular Session, made and constituted the State Dairy and Hog Farm one of the institutions which became a unit of the "Texas State Hospitals and Special Schools". (See Article 3174a, Section 1, and Article 3174b, Section 3, Vernon's Civil Statutes).

House Bill 133, Acts 55th Legislature, 1957, Chapter 385, page 905, appropriated $20,000.00 for the establishment of a Hog Farm Revolving Fund to be used in the operation of a Hog Farm at Leander, Texas, which farm was to be operated on a reimbursable basis to serve institutions under such rules and regulations as may be established by the Hospital Board, and which fund, together with all receipts deposited to its credit, could be used to pay salaries, purchase supplies and equipment, and pay such other expenses as may be necessary for the efficient operation of the Hog Farm. This appropriation was to the "Hospitals and Special Schools Central Office".

Therefore, it is the opinion of this office that the State Dairy and Hog Farm is a part of the Texas State Hospitals and Special Schools and any sum of money appropriated to the State Dairy and Hog Farm has been appropriated to the Central office of the Board for Texas State Hospitals and Special

Schools and is to be expended by that branch for the purposes indicated in the appropriation bill.

### S U M M A R Y

It is the opinion of this office that the State Dairy and Hog Farm is a part of the Texas State Hospitals and Special Schools and any appropriation to the Central Office of the Board for Texas State Hospitals and Special Schools for the State Dairy and Hog Farm is to be expended by that branch for the purposes indicated in the appropriation bill.

Very truly yours,

WILL WILSON
Attorney General of Texas

By _____
Linward Shivers
Assistant

LS:wam:zt

APPROVED:

OPINION COMMITTEE
Geo. P. Blackburn, Chairman

Fred Werkenthin
W. V. Geppert
J. Milton Richardson
C. K. Richards
Wayland C. Rivers, Jr.
E. M. DeGeurin
Mrs. Marietta Payne

REVIEWED FOR THE ATTORNEY GENERAL

BY:  James N. Ludlum